

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR., ET AL., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before May 27, 2014. Because this is an appeal from an order terminating parental rights, no further extensions will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court